## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JANOLEK, derivatively on behalf of BEYOND MEAT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD THOMPSON, GREGORY BOHLEN, RAYMOND J. LANE, SETH GOLDMAN, BERNHARD VAN LENGERICH, NED SEGAL, DIANE CARHART, MARK J. NELSON, KATHY N. WALLER, ETHAN BROWN, and CHRISTOPHIS ISAAC "BIZ" STONE, <br><br> Defendants, <br><br> -and- <br><br> BEYOND MEAT, INC., <br><br> Nominal Defendant. | Civil Action No. 20-cv-819-RGA |

### NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 23.1(c) and 41(a)(1)(A)(i), the Plaintiff James Janolek, by his undersigned counsel, hereby moves this court for an Order voluntarily dismissing this Action brought on behalf of Nominal Defendant Beyond Meat, Inc. ("BYND"), against defendants Donald Thompson, Gregory Bohlen, Raymond J. Lane, Seth Goldman, Bernhard Van Lengerich, Ned Segal, Diane Carhart, Mark J. Nelson, Kathy N. Waller, Ethan Brown, and Christopher Isaac "Biz" Stone (together with BYND, the "Defendants"), without prejudice and with all parties to bear their own costs and fees. Counsel for the parties have met and conferred

1

regarding the issues raised herein, and Defendants do not oppose this request.  Defendants have neither answered nor moved for summary judgment.

Dated: November 9, 2020

        Respectfully submitted,

        **FARNAN LLP**

        /s/ Michael J. Farnan
        Brian E. Farnan (#4089)
        Michael J. Farnan (#5165)
        919 N. Market Street, 12th Floor
        Wilmington, Delaware 19801
        (302) 777-0300
        bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

        Gregory Mark Nespole
        **LEVI & KORSINSKY, LLP**
        55 Broadway, 10th Floor
        New York, New York 10006
        Tel: (203) 363-7500
        Fax: (212) 363-7171
        gnespole@zlk.com

        *Attorneys for Plaintiff*

IT IS SO ORDERED this ___ day of November, 2020.

        _____
        The Honorable Richard G. Andrews